# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO    DIVISION

| | | |
|---|---|---|
| RICHARD SCHMIDT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   CV614-062 |
| | ) | |
| C.R. BARD, INC.; and | ) | |
| DAVOL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petitions of Eric L. Alexander and Matthew D. Jacobson of the law firm of Reed Smith LLP, 1301 K Street, NW, Suite 1100-East Tower, Washington, D.C. 2005, for permission to appear pro hac vice on behalf of defendants C. R. Bard, Inc. and Davol, Inc., in the above-captioned case,

Said request is hereby **GRANTED** and the Clerk is **DIRECTED** to enter Eric L. Alexander and Matthew D. Jacobson as counsel of record for defendants C. R. Bard, Inc. and Davol, Inc., in this case.

**SO ORDERED** this ___16th___ day of December, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA