UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICHARD SCHMIDT,     )
                     )
　　Plaintiff,        )
                     )
v.                   )   Case No. CV614-062
                     )
C.R. BARD, INC. and DAVOL, INC., )
                     )
　　Defendants.       )

## ORDER

The Court having reviewed and considered the petition of John R. Fabry of the law firm of Mueller Law, PLLC, 404 W. Seventh Street, Austin, Texas 78701, for permission to appear pro hac vice on behalf of plaintiff Richard Schmidt, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter John R. Fabry, as counsel of record for plaintiff Richard Schmidt, in this case.

**SO ORDERED** this ___2nd___ day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA