UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO    DIVISION

| RICHARD SCHMIDT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No.  CV614-062 |
| C.R. BARD, INC. and DAVOL, INC., | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Mark R. Mueller of the law firm of Mueller Law, PLLC, 404 W. Seventh Street, Austin, Texas 78701, for permission to appear pro hac vice on behalf of plaintiff Richard Schmidt, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Mark R. Mueller, as counsel of record for plaintiff Richard Schmidt, in this case.

**SO ORDERED** this ___14th___ day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA